HARRY C. TREXLER and Another, Copartners, etc., Appellants, v. GLOBE AND RUTGERS FIRE INSURANCE COMPANY and Another, Respondents.— Order reversed, with ten dollars costs and disbursements, and motion denied, with ten dollars costs, with leave to defendants to renew motion on affidavits

showing merits and a copy of the proposed answer. No opinion. Present — Clarke, P. J., Laughlin, Page, Shearn and Merrell, JJ.